**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jeffrey Sheehan, | : |
|              Plaintiff, | : Civil Action No.: 1:15-cv-14201 |
| v. | : |
| Flagstar Bancorp, Inc., | : **COMPLAINT** |
|              Defendant. | : |

For this Complaint, the Plaintiff, Jeffrey Sheehan, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Jeffrey Sheehan ("Plaintiff"), is an adult individual residing in Hanover, Massachusetts, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant Flagstar Bancorp, Inc. ("Flagstar"), is a Michigan business entity with an address of 5151 Corporate Drive, Troy, Michigan 48098, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. Within the last four years, Flagstar contacted Plaintiff on Plaintiff's cellular phone at number 781-xxx-1016.

6. During all times mentioned herein, Flagstar placed calls to Plaintiff's cellular telephone by using an 'automatic telephone dialing system' ("ATDS" or auto-dialer") as defined by 47 U.S.C. § 227(a)(1), and a prerecorded voice.

7. Defendant left prerecorded voicemail messages on Plaintiff's cellular telephone requesting that Plaintiff call Defendant back.

8. On multiple occasions while speaking with a live representative of Defendant, Plaintiff requested that the calls to his phone cease. One such call occurred on May 8, 2015.

9. Without Plaintiff's consent, Flagstar continued to call Plaintiff with ATDS and a prerecorded voice.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, *et seq.*

10. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. At all times mentioned herein and within the last four years, Defendant called Plaintiff on his cellular telephone by using an ATDS and a prerecorded voice.

12. Defendant contacted Plaintiff by means of prerecorded voice telephone calls to his cellular phone without Plaintiff's consent.

13. Defendant contacted Plaintiff by means of prerecorded voice telephone calls to his cellular phone knowing that it lacked consent to call his number in light of his request for the

calls to cease. Each call placed to Plaintiff after his request was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

14. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

15. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C), Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 as a result of each call made in knowing and/or willful violation of the TCPA.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Punitive damages; and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: December 22, 2015

Respectfully submitted,

By   /s/ Sergei Lemberg

Sergei Lemberg (BBO# 650671)
LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff